785 A.2d 424

IN THE MATTER OF STEPHEN R. JAFFE,
AN ATTORNEY AT LAW.

December 5, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–291, concluding that **STEPHEN R. JAFFE** of **CHERRY HILL**, who was admitted to the bar of this State in 1987, should be suspended from the practice of law for a period of three months for violating *N.J.S.A.* 2C:20–4 (theft by deception), and good cause appearing;

It is ORDERED that **STEPHEN R. JAFFE** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective January 7, 2002; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.